# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case No. 6:05-cr-80-Orl-28JGG

**AMBROSE SANCHEZ**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE
## AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed October 2, 2006 (Doc. No. 793), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge James J. Glazebrook on November 2, 2006 and subsequently, a Report and Recommendation (Doc. No. 804) was entered by Magistrate Judge James J. Glazebrook on November 17, 2006.

The defendant appeared before this Court on December 1, 2006, with counsel, Michelle Smith and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 804) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **3 Months**.

The defendant is hereby **REMANDED** to the custody of the United States Marshal for service of sentence at the institution designated by the Bureau of Prisons.

The Judgment at Document No. 717 remains unaltered and in effect except as amended herewith.

It is **FURTHER ORDERED** that upon release from imprisonment, AMBROSE SANCHEZ is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this _1st_ day of December, 2006.

                                                                                    _____
                                                                                    JOHN ANTOON II
                                                                                    United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Ambrose Sanchez